BETTY BEUSCHEL, Appellant, v. JACOB MANOWITZ, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of CULVER CONTRACTING CORPORATION for a Prohibition Order against Hon. BURT J. HUMPHREY, a Justice of the Supreme Court of the State of New York.— The return to the alternative order of prohibition presents no pertinent issue of fact upon which the taking of evidence is needful. The motion for a final order of prohibition is granted. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

In the Matter of OSCAR LEROY WARREN, an Attorney.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. Respondent, in the Supreme Court, county of Westchester, has been adjudged guilty of the crime of grand larceny in the first degree. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

REBECCA LYDON, Respondent, Appellant, v. MICHAEL J. LYDON, Appellant, Respondent.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ADRIAN BEHLING, JR., by ADRIAN BEHLING, His Guardian ad Litem, Respondent, v. THOMAS F. PRESTON and JANE ELIZABETH PRESTON (Incorrectly Sued as THOMAS F. FRESTON and JANE ELIZABETH FRESTON), Appellants. ADRIAN BEHLING, Respondent, v. THOMAS F. PRESTON and JANE ELIZABETH PRESTON (Incorrectly Sued as THOMAS F. FRESTON and JANE ELIZABETH FRESTON), Appellants.— Order denying motion to vacate plaintiff's notice of examination before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

FRED BERTHOLD, Respondent, v. C. I. T. CORPORATION, Appellant, and WILLIAM SARVIS, Defendant.— Order denying motion of defendant C. I. T. Corporation to compel plaintiff to serve an amended complaint separately stating and numbering the causes of action alleged in the complaint reversed on the law, with ten dollars costs and disbursements, and motion granted, the amended complaint to be served within ten days from the entry of the order herein, unless plaintiff stipulate within said ten-day period that he intends to state and does state one cause of action only in his complaint, namely, a cause of action for trespass, and that the allegations of assault and battery, false arrest and imprisonment, slander and conversion, contained in the complaint, are alleged only by way of aggravation of the damages claimed for the trespass. In the event that the plaintiff shall so stipulate the order will be affirmed, with ten dollars costs and disbursements to appellant, with leave to answer within ten days from the entry of the order herein. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

WILLIAM J. BLACKBURN and Another, Respondents, v. F. DE LANCEY ROBINSON, Appellant.— Interlocutory judgment, order and judgment unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.